CLERK, U.S. DISTRICT COURT
APR 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARCO FRAUSTO,<br><br>  Plaintiff,<br><br>  v.<br><br>PATRICIA WHYBREW, et al.,<br><br>  Defendant(s). | No. CV 07-4422-SVW (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice for failure to prosecute.

DATED: 4/24/08

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE